JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD J. SPENCER,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>D.M. TORRES, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. CV 18-8455-FMO (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 3, 2019

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　United States District Judge